CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM WHITE, JR., <br>     Plaintiff, | Civil Action No. 7:07-cv-00242 |
| v. | **FINAL ORDER** |
| D.A. BRAXTON, <u>et al.</u>, <br>     Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that summary judgment is entered in favor of the defendants. Plaintiff's motion for reconsideration (docket number 27) is **DENIED** and this action is **DISMISSED**. All pending motions are **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for defendants.

ENTER: This 7th day of December, 2007.

/s/ Glen E. Conrad
United States District Judge